(January 20, 1989)

■ In the Matter of PHILIP C. APOVIAN, for Reinstatement as an Attorney, Petitioner.—Application for reinstatement granted and petitioner, Philip C. Apovian, reinstated as an attorney and counselor-at-law in the State of New York,

effective immediately. Order entered. Weiss, J. P., Yesawich, Jr., Levine, Mercure and Harvey, JJ., concur.